UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| TODD ALEXANDER-CLOUD ABSHIRE | CIVIL ACTION |
| VERSUS | |
| LOUISIANA DEPARTMENT OF WILDLIFE AND FISHERIES | NO: 16-00669-BAJ-RLB |

## ORDER

**IT IS ORDERED** that the Defendant's **Motion for Summary Judgment (Doc. 28)** is **GRANTED**. The Court's reasoning to follow.

**IT IS FURTHER ORDERED** that the Evidentiary Hearing set for April 18, 2018 is hereby **CANCELLED**.

Baton Rouge, Louisiana, this 17th day of April, 2018.

_____
**BRIAN A. JACKSON, CHIEF JUDGE**
**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF LOUISIANA**

1